1  KENNEDY P. RICHARDSON, Cal. Bar No. 62516
   MARK PALLEY, Cal. Bar No. 120073
2  DAVID M. ROSENBERG-WOHL, Cal. Bar No. 132924
   MARION'S INN LLP
3  1611 Telegraph Avenue, Suite 707
   Oakland, California 94612-2145
4  Telephone: (510) 451-6770
   Facsimile: (510) 451-1711
5  Email: kpr@marionsinn.com
          mp@marionsinn.com
6         drw@marionsinn.com

7  Attorneys for Defendants
   KAISER FOUNDATION HEALTH PLAN, INC.,
8  GIBSON & SHARPS, PSC, THOMAS G. DUNN AND
   ROBERT L. KEISLER

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| HERBERT MITCHELL, et al., ) | No. CV 09 5306-CRB |
| ) | |
| Plaintiffs, ) | STIPULATION TO MODIFICATION OF ORDER SETTING INITIAL CASE |
| ) | MANAGEMENT CONFERENCE AND |
| v. ) | ADR DEADLINES |
| ) | |
| KAISER FOUNDATION HEALTH PLAN, INC.,) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

All parties, by and through their respective counsel, stipulate to modify this Court's Order Setting Initial Case Management Conference and ADR Deadlines.

At present, the Initial Case Management Conference is set for 2/26/10 and the other Rule 26/ADR deadlines are set for 2/5/10 and 2/19/10, respectively. All defendants have motions to dismiss on calendar before this Court; one is set for 2/19/10 and one for 3/26/10. The parties agree that there is little sense in speaking about discovery or settlement pending the resolution of these motions.

Accordingly, the parties agree that all motions to dismiss be heard on 3/26/10, that the Initial Case Management Conference be set for that date as well, 3/26/10, that the parties file a

joint case management conference statement 10 days before the hearing (3/16/10), and that the Rule 26 reports, ADR statements and all other obligations set forth in the Order Setting Initial Case Management Conference and ADR Deadlines, if still necessary after this Court's hearing on the motions to dismiss, take place and be filed within 10 days after the hearing (4/5/10).

Dated: February 5, 2010

MARION'S INN LLP
KENNEDY P. RICHARDSON
MARK PALLEY
DAVID M. ROSENBERG-WOHL

By_____/s/_____

David M. Rosenberg-Wohl

Attorneys for Kaiser Foundation Health Plan, Inc., Gibson & Sharps, PSC, Thomas G. Dunn, and Robert L. Keisler

Dated: February 5, 2010

KAUFMAN DOLOWICH VOLUCK & GONZO LLP
ELIZABETH WILLIAMS
KATHERINE S. CATLOS
ELIZA HOARD

By_____/s/_____

Attorneys for Office of the Independent Administrator and Marcella A. Bell

Dated: February 5, 2010

LAW OFFICE OF RUSSELL A. ROBINSON

By_____/s/_____

Russell A. Robinson

Attorneys for Herbert Mitchell and The Law Offices of Bruce E. Krell, Inc.

IT IS SO ORDERED.

Dated: February 16, 2010

_____
Charles R. Breyer
United States District Judge

*IT IS SO ORDERED* /s/ Judge Charles R. Breyer