*E-Filed 9/2/10*

Russell A. Robinson (163937)
Law Office of Russell A. Robinson
345 Grove Street, First Floor
San Francisco CA 94102
Telephone:   (415) 255-0462
Facsimile:    (415) 431-4526
e-mail: rarcases@yahoo.com

Steven F. Gruel (213148)
Law Offices of Steven F. Gruel
315 Montgomery Street, 9th Floor
San Francisco, CA 94104
Telephone:   (415) 989-1253
Facsimile:    (415) 449-3622
e-mail: attystevengruel@sbcglobal.net

Counsel for Plaintiffs
HERBERT MITCHELL and LAW
OFFICES OF BRUCE E. KRELL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT MITCHELL and LAW OFFICES OF BRUCE E. KRELL, INC., <br><br>    Plaintiff, <br><br>v. <br><br>KAISER FOUNDATION HEALTH PLAN, ET AL., <br><br>    Defendants. | No.   C-09-5306-RS <br><br>**STIPULATION TO MODIFY HEARING DATES AND DEADLINES** <br>**[Proposed] ORDER** <br><br>**[Jury Trial Demanded]** <br><br><br>Honorable Richard Seeborg |

**I.   STIPULATION**

Plaintiffs HERBERT MITCHELL and LAW OFFICES OF BRUCE E. KRELL, INC., and Defendants KAISER FOUNDATION HEALTH PLAN, INC., GIBSON & SHARPS, PSC, THOMAS G. DUNN, and ROBERT L. KEISLER hereby agree and stipulate as follows:

1  Counsel for the above defendants filed a motion to dismiss the first amended complaint.

2  Hearing on said motion is set for September 23, 2010, with Plaintiffs' opposition due September 2,

3  2010.  There is also a case management set for September 9, 2010.

4  Plaintiffs' counsel has briefs due in two other cases, one in the Ninth Circuit Court of Appeals.

5  Thus, Plaintiffs requested the due date for their opposition to the motion to dismiss be moved, as well as

6  the hearing date on said motion be moved.  Defendants have agreed.

7  Plaintiffs' counsel is not available on October 7, 2010.

8  Therefore, the parties hereto, through counsel of record, hereby agree as follows:

9  The hearing on Defendants' motion to dismiss the first amended complaint proceed on

10 September 30, 2010, or as soon thereafter as the Court may determine, with the opposition and reply

11 briefs due based on the new hearing date.

12 The case management conference take place on October 28, 2010, with an updated, joint case

13 management conference statement due seven days before said conference, October 21, 2010.

14

15 Date:   September 1, 2010                        /s/ Russell A. Robinson
                                                  Law Office of Russell A. Robinson
16                                                By:    Russell A. Robinson
                                                  Co-Counsel for Plaintiffs
17                                                HERBERT MITCHELL and LAW OFFICES OF
                                                  BRUCE E. KRELL, INC.
18

19 Date:   September 1, 2010            MARION'S INN LLP
                                       KENNEDY P. RICHARDSON
20                                     MARK PALLEY
                                       DAVID M. ROSENBERG-WOHL
21

22                           By:       /s/David M. Rosenberg-Wohl
                                       David M. Rosenberg-Wohl
23                                     Counsel for Defendants Kaiser Foundation
                                       Health Plan, Inc., Gibson & Sharps, PSC,
24                                     Thomas G. Dunn and Robert L. Keisler

25

26 _____
STIPULATION TO MODIFY HEARING DATES AND DEADLINES
[Proposed] ORDER
*Mitchell, et al., v. Kaiser, et al.*                    - 2 -                              P023.STIP

1  **II.    ORDER**

2  Good cause appearing, it here hereby ordered as follows:

3  The hearing on Defendants' motion to dismiss the first amended complaint proceed on

4  __October 7__, 2010, at 1:30 p.m., with the opposition and reply briefs due based on the new

5  hearing date.

6  The case management conference take place on __December 2__, 2010, at 10:00 a.m.

7  with an updated, joint case management conference statement due seven days before said conference,

8  on __November 24, 2010__.

9  **IT IS SO ORDERED.**

11  Date:  9/1/10

    _____
    Hon. Richard Seeborg
    United States District Court, Northern D. Of Cal.

---

STIPULATION TO MODIFY HEARING DATES AND DEADLINES
[Proposed] ORDER
*Mitchell, et al., v. Kaiser, et al.*                             - 3 -                                P023.STIP