*E-Filed 02/07/2011*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HERBERT MITCHELL, et al.,

    Plaintiffs,

  v.

KAISER FOUNDATION HEALTH PLAN, INC., et al.,

    Defendants.

No. C 09-05306 RS

**ORDER VACATING CASE MANAGEMENT CONFERENCE AND REQUIRING RESPONSE BY PLAINTIFFS TO AVOID DISMISSAL OF ACTION**

On December 22, 2010, the Court issued its Order granting defendants' motion to dismiss plaintiffs' first amended complaint. The Order granted plaintiffs twenty days to file any amended complaint. Additionally, the parties are scheduled to appear at a Case Management Conference on February 10, 2011 and were ordered to file a Joint Case Management Statement at least one week prior to that date. As the time for filing an amended complaint and the Joint Case Management Statement has passed without either document being filed, the Case Management Conference is VACATED.

Plaintiffs' failure to file an amended complaint and the parties' failure to file a Joint Case Management Statement suggest that this action may have been abandoned. Accordingly, no later than **February 11, 2011**, plaintiffs shall file an amended complaint or a declaration explaining why

they have not done so.  Failure to file an amended complaint or declaration by that date will result in automatic dismissal of the action for failure to prosecute.

IT IS SO ORDERED.

Dated:  02/04/2011

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

2